Anthony S. Petru (SBN 91399)
HILDEBRAND, McLEOD & NELSON LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612-2006
TEL:  (510) 451-6732
FAX:  (510) 475-87023

Attorneys for Plaintiff
JORDAN PUPPO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JORDAN J. PUPPO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-CV-01253-WBS-CMK<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER** |

**TO THIS HONORABLE COURT:**

　　　　PURSUANT TO FRCP 41(a)(1)(A(ii), it is hereby stipulated by and between the parties herein, that the above-entitled matter may be dismissed with prejudice in its entirety and that each party will bear their own costs.


DATED:  September 14, 2017
　　　　　　　　　　　　　　　　　　　　　　　HILDEBRAND, McLEOD & NELSON LLP



　　　　　　　　　　　　　　　　　　　　　By:/s/ *Anthony S. Petru*
　　　　　　　　　　　　　　　　　　　　　　　ANTHONY S. PETRU, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　JORDAN PUPPO

1

Notice of Dismissal and Order

UNION PACIFIC RAILROAD COMPANY


By: /s/ *John D. Fenney*
JOHN D. FENNEY
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

## ORDER

In light of the foregoing stipulation by and between the parties herein, and good cause appearing therefore: IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

Dated: September 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice of Dismissal and Order